IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-CV-1250-MSK-MJW

VALERIE HUBER,

    Plaintiff,

v.

OTIS ELEVATOR COMPANY, a wholly owned subsidiary of United Technology Corporation,

    Defendant,

---

ORDER RE: HUBER'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT ( Docket No. 19 )

The Court, having reviewed Plaintiff's Unopposed Motion for Leave to Amend Complaint, and Amended Complaint, and being fully advised in the premises, hereby **ORDERS** as follows:

Plaintiff's Motion for Leave to Amend Complaint is GRANTED, and Plaintiff's Amended Complaint is hereby deemed filed as of this date.

DATED THIS 9TH day of October, 2008.

                                                      /s/ Michael J. Watanabe
                                                    ~~Presiding Judge~~
                                                    **MICHAEL J. WATANABE**
conform for:                                     **U.S. MAGISTRATE JUDGE**
Max Wilson, Esq.                       **DISTRICT OF COLORADO**
David Tonini, Esq.