**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 08-cv-01250-CMA-MJW

VALERIE HUBER,

     Plaintiff,

v.

OTIS ELEVATOR COMPANY,

     Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

This matter is before the Court on the parties' Joint Stipulation of Dismissal With Prejudice (Doc. # 25). The Court having reviewed the file and being fully advised in the premises, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay her or its own costs and fees.

DATED: December  17 , 2008

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge